UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

                                                    20-CV-6199 (PKC)

        - against -

JASON PELTZ,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

<u>NOTICE OF MOTION</u>

        PLEASE TAKE NOTICE that upon the accompanying Government's

Memorandum of Law in Support of Application To Intervene and To Stay Civil Proceedings, the

United States will move this Court on a date and time to be designated by the Court, before the

Honorable Pamela K. Chen, United States District Judge, at the United States Federal

Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, pursuant to Rule 24 of the

Federal Rules of Civil Procedure, for intervention for the purpose of seeking a stay of civil

proceedings, and for such other relief as the Court deems appropriate.

Dated:  Brooklyn, New York
        March 26, 2021

                                        Respectfully submitted,

                                        MARK J. LESKO
                                        Acting United States Attorney

                                        <u>/s/ Kaitlin T. Farrell</u>
                                        Kaitlin T. Farrell
                                        Sarah M. Evans
                                        Assistant U.S. Attorneys
                                        (718) 254-7000

Cc:     Clerk of the Court (PKC) (By ECF)
        All Counsel (By ECF)