UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SECURITIES AND EXCHANGE COMMISSION,

                     Plaintiff,

    - against -

    JASON PELTZ,

                     Defendant.

20-CV-6199 (PKC)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## [PROPOSED] ORDER

        The Court, having reviewed the Government's Notice of Motion to Intervene and to Stay Civil Proceedings in the above-captioned case (the "Civil Case") submitted pursuant to Rule 24 of the Federal Rules of Civil Procedure, and the Government's Memorandum of Law in Support of its Motion to Intervene and to Stay Civil Proceedings, HEREBY ORDERS THAT:

        Pending resolution of the criminal matter captioned United States v. Jason Peltz, 21-CR-154 (NGG), by verdict, pretrial disposition, or until otherwise allowed by the Court, the Civil Case proceedings are stayed and the Securities and Exchange Commission and Jason Peltz will not seek discovery in the Civil Case from one another or from third parties.

IT IS SO ORDERED.

Dated:  Brooklyn, New York
             _____, 2021

                                  _____
                                  THE HONORABLE PAMELA K. CHEN
                                  UNITED STATES DISTRICT JUDGE
                                  EASTERN DISTRICT OF NEW YORK