Chevon Walker  
Securities and Exchange Commission  
walkerch@sec.gov

Jeremy Temkin  
Morvillo Abramowitz Grand Iason & Anello P.C.  
jtemkin@maglaw.com

June 26, 2023

**Via ECF**

Hon. Nicholas G. Garaufis  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

Re: *SEC v. Jason Peltz*, 20-cv-6199 (NGG)

Dear Judge Garaufis:

Plaintiff Securities and Exchange Commission ("SEC") and Defendant Jason Peltz ("Peltz") jointly submit this status update in light of the Court's June 23, 2023 Order directing each party to indicate its position on whether the stay entered on April 8, 2021 ("April 2021 Stay") should be lifted at this time.

This Court entered the April 2021 Stay upon the motion of the United States Attorney's Office for the Eastern District of New York ("USAO") to intervene and stay this civil case during the pendency of the parallel criminal case, *United States v. Jason Peltz*, 21-cr-154 (NGG) (the "Parallel Criminal Case"). As noted in the Court's June 23, 2023 Order, a judgment has now been issued in the Parallel Criminal Case. At this time, the SEC continues to take no position on the April 2021 Stay. Peltz does not object to lifting the April 2021 Stay. SEC counsel has consulted with the USAO, which does not object to lifting the April 2021 Stay.

After Peltz pleaded guilty in the Parallel Criminal Case, SEC counsel and counsel for Peltz started discussions regarding an appropriate resolution of this case. The parties have now reached an agreement in principle, which, if authorized by the SEC Commissioners, and approved by this Court, will resolve the SEC's civil case against Peltz. SEC counsel is in the process of recommending the resolution to the Commission for authorization. Should the Court lift the April 2021 Stay in the interim, Peltz respectfully requests an extension of time to Answer, move or otherwise respond to the Complaint in this case up to and including September 15, 2023. This is Peltz's second request for an extension. The SEC does not object to this request.

Finally, the parties respectfully propose to provide a further status update to the Court by September 15, 2023.

                                            Respectfully submitted,

                                            s/ Chevon Walker
Chevon Walker
Senior Trial Counsel
U.S. Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004
(212) 336-0090

*Counsel for Plaintiff*

s/ Jeremy H. Temkin
Jeremy H. Temkin
Morvillo Abramowitz Grand Iason & Anello P.C.
565 Fifth Avenue
New York, NY 10017
(212) 880-9470

*Counsel for Defendant Jason Peltz*