

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

August 1, 2023

**By ECF**

Hon. Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *SEC v. Jason Peltz*, 20-cv-6199 (NGG)

Dear Judge Garaufis,

    Plaintiff Securities and Exchange Commission (the "Commission") respectfully submits this letter seeking approval of the enclosed proposed consent judgment. The Commission and Defendant Jason Peltz ("Peltz") have reached a settlement that would resolve all of the Commission's claims against Peltz.

    The proposed consent judgment is fair and reasonable and does not disserve the public interest under *SEC v. Citigroup Global Markets, Inc.*, 752 F.3d 285 (2d Cir. 2014). The judgment would permanently enjoin Peltz from committing violations of federal securities laws with which Peltz is charged in the Commission's complaint.

    The Commission therefore respectfully requests that the Court approve the proposed consent judgment.

                                                    Respectfully submitted,

                                                    s/ *Chevon Walker*
                                                    Chevon Walker
                                                    Senior Trial Counsel

Enclosure

cc:    Counsel for Peltz (by ECF)